**Slip Op. 08-29**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
_____
                                )
AD HOC UTILITIES GROUP,         )
                                )
        Plaintiff,              )
                                )
        v.                      )
                                )
UNITED STATES,                  )   Court No. 06-00229
                                )   Before: Pogue, Judge
        Defendant,              )
                                )
        and                     )
                                )
USEC Inc. and United States     )
Enrichment Corporation,         )
                                )
        Defendant-Intervenors.  )
                                )
                                )
_____)
TECHSNABEXPORT,                 )
                                )
        Plaintiff,              )
                                )
        v.                      )
                                )
UNITED STATES,                  )   Court No. 06-00228
                                )   Before: Pogue, Judge
        Defendant,              )
                                )
        and                     )
                                )
USEC INC. and UNITED STATES     )
ENRICHMENT CORPORATION          )
                                )
        Defendant-Intervenors.  )
_____)
```

**ORDER**

   On August 28, 2007, the court ordered consolidation of the captioned matters.  Pursuant to USCIT R. 41(a)(2), Plaintiff Techsnabexport ("Tenex") now moves to dismiss its action, "in pre-consolidated court number 06-00228."  Tenex's motion "does not pertain to the action under court number 06-00229."  Plaintiff Ad Hoc Utilities Group ("AHUG") opposes dismissal, but argues in the alternative that court number 06-00229 be severed and allowed to continue.

Upon consideration of the parties papers and arguments,

IT IS HEREBY ORDERED that:

    a.   court number 06-00228 and court number 06-00229 are hereby severed;

    b.   Tenex's motion to dismiss pre-consolidated court number 06-00228 is granted and that action is hereby dismissed;

    c.   court number 06-00229 continues.


                                                                   /s/ Donald C. Pogue
                                                                  Donald C. Pogue, Judge


Dated:    March 12, 2008
           New York, NY

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble
Clerk of the Court

Date: _____   By: _____
                                      Deputy Clerk